Cynthia W. Roseberry, C.W. Roseberry, LLC, Fayetteville, GA, for Defendant–Appellant.

Amy Levin Weil, Aaron M. Danzig, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Cynthia W. Roseberry, appointed counsel for Leonard Smith in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Smith's conviction and sentence are **AFFIRMED.**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Tyrone HILL, a.k.a. Raphael Amaya, a.k.a. Joseph Smith, Jr., a.k.a. William A. Bentley, Defendant–Appellant.

No. 05–17176.

United States Court of Appeals,
Eleventh Circuit.

May 31, 2007.

David Jonathon Joffe, Joffe & Joffe, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Dawn Bowen, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BIRCH, FAY and CUDAHY,* Circuit Judges.

PER CURIAM:

Having carefully reviewed the record and the briefs of the parties and having entertained oral argument, we find no reversible error with respect to Hill's convictions and sentence in the instant case. Accordingly, we **AFFIRM**.